Fill in this information to identify the case:

Debtor name **American Hollow Boring Company**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PA

Case number (if known)   **18-10597**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2018**        X /s/ Aimee Gevirtz
_____        _____
                              Signature of individual signing on behalf of debtor

                              **Aimee Gevirtz**
                              Printed name

                              **Secretary/Treasurer**
                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **American Hollow Boring Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PA

Case number (if known)    **18-10597**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................ $           163,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................. $         1,935,971.13

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................ $         2,098,971.13

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $                 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................ $                 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$         3,378,056.63

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $         3,378,056.63

| Fill in this information to identify the case: |
| --- |
| Debtor name    **American Hollow Boring Company** |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF PA |
| Case number (if known)    **18-10597** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2.    Cash on hand | | | $181.97 |

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Northwest Savings Bank (balance as of 5/31/18) | Operating Account | 7490 | $42,591.38 |
| 3.2. | Northwest Savings Bank (balance as of 5/31/18) | Sweep Account | 8183 | $62,388.23 |
| 3.3. | Northwest Savings Bank (balance as of 5/31/18) | FSA/HRA | 9009 | $463.52 |
| 3.4. | Northwest Savings Bank (balance as of 5/31/18) | Dental/Retiree HRA | 8951 | $397.34 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | $106,022.44 |

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **American Hollow Boring Company**                    Case number (If known) **18-10597**
Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 195,359.41 | - | 350.00 | = .... | $195,009.41 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$195,009.41**

### Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **American Funds Corporate Investment Account no. xxxx1464** | | |
| 14.1.   **(balance as of 5/31/18)** | | **$306,214.93** |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.    **$306,214.93**

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |

| Debtor | **American Hollow Boring Company** | Case number *(If known)* **18-10597** |
| | Name | |

| | Work in Progress
Location: 1901
Raspberry Street, Erie
PA 16502 | $0.00 | $84,059.86 |

21. Finished goods, including goods held for resale

22. Other inventory or supplies
Abrasives, Cutting
Tools, Cutting Oils &
Lub, Shipping Supplies
and Shop Supplies
Location: 1901
Raspberry Street, Erie

| | PA 16502 | $0.00 | $25,587.49 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $109,647.35 |

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value _____ **0** Valuation method _____ Current Value _____ **182**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture
Office Furniture and Fixtures
Location: 1901 Raspberry Street, Erie PA 16502 | $0.00 | Appraisal | $17,125.00 |

40. Office fixtures

41. Office equipment, including all computer equipment and
communication systems equipment and software

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Hollow Boring Company** | | Case number (If known) **18-10597** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Telephone system**<br>Location: 1901 Raspberry Street, Erie PA 16502 | | $0.00 | Appraisal | $100.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $17,225.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery**<br>Location: 1901 Raspberry Street, Erie PA 16502 | $0.00 | Appraisal | $1,114,300.00 |
| **General Plant Equipment**<br>Location: 1901 Raspberry Street, Erie PA 16502 | $0.00 | Appraisal | $10,000.00 |
| **EDP Equipment**<br>Location: 1901 Raspberry Street, Erie PA 16502 | $0.00 | Appraisal | $3,550.00 |
| **Tooling, Jigs, Dies and Fixtures**<br>Location: 1901 Raspberry Street, Erie PA 16502 | $0.00 | Appraisal | $50,000.00 |

Debtor    **American Hollow Boring Company**                     Case number (If known)  **18-10597**
          Name

| Gauging<br>Location: 1901 Raspberry Street, Erie PA<br>16502 | $0.00 | Appraisal | $24,000.00 |
|---|---|---|---|

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,201,850.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1901 Raspberry Street, Erie, Pennsylvania** | | $0.00 | Appraisal | $163,000.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $163,000.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **American Hollow Boring Company**                    Case number *(if known)* **18-10597**
          <sub>Name</sub>

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**NOL federal**<br>**(future prospect - $505,527.00)** | Tax year **2016** | $1.00 |
|  | **NOL state**<br>**(future value $443,399.00)** | Tax year **2016** | $1.00 |

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2.00 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **American Hollow Boring Company**                              Case number *(if known)* **18-10597**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $106,022.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $195,009.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $306,214.93 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $109,647.35 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,225.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,201,850.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................................>* | | $163,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,935,971.13 + 91b. | $163,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,098,971.13 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>American Hollow Boring Company</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF PA</td></tr>
<tr><td>Case number (if known)</td><td><b>18-10597</b></td></tr>
</table>

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name  **American Hollow Boring Company**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PA

Case number (if known)  **18-10597**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets – Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |
| **3.1** | Nonpriority creditor's name and mailing address<br>**Ace Viking Electric Motor Co.**<br>**2222 E. 30th St.**<br>**Erie, PA 16510**<br><br>Date(s) debt was incurred  5/30/18<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services provided**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$1,640.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Stainless Corporation**<br>**1374 Clinton Street**<br>**Buffalo, NY 14206**<br><br>Date(s) debt was incurred  5/30/18<br><br>Last 4 digits of account number  **AMEHO** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Materials**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$182.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Ameripac Industries, Inc.**<br>**PO Box 6275**<br>**Erie, PA 16512**<br><br>Date(s) debt was incurred  5/16/18<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Materials**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$48.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Beacon Lubricants, Inc.**<br>**PO Box 754**<br>**Edinboro, PA 16412**<br><br>Date(s) debt was incurred  6/8/18<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Materials**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$776.00** |

Debtor    **American Hollow Boring Company**                                  Case number (if known)    **18-10597**
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Beneflex-Erie**
**3 Holland Street**
**Erie, PA 16507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/18**

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,137.40** |
|---|---|---|---|

**BTA Heller, Inc.**
**286 Executive Drive**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May - June 2018**

Basis for the claim:  **Materials**

Last 4 digits of account number  **B001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,955.00** |
|---|---|---|---|

**Burke Forge & Heat Treating**
**18381 Sciota Street**
**Corry, PA 16407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/9/18**

Basis for the claim:  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,287.21** |
|---|---|---|---|

**Capital One Bank**
**PO Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/28/18**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,698.00** |
|---|---|---|---|

**Chuck Gresch Construction, Inc.**
**2240 Powell Avenue**
**Erie, PA 16506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/18**

Basis for the claim:  **Services provided and materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,167.32** |
|---|---|---|---|

**Composite Forgings Ltd.**
**PO Box 441457**
**Detroit, MI 48244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/18**

Basis for the claim:  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.92** |
|---|---|---|---|

**DEL Delivery Service**
**3118 Station Road**
**Erie, PA 16510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/11/18**

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Hollow Boring Company** | Case number (if known) | **18-10597** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Earl M. Jorgensen Company**
P.O. Box 8538-621
Philadelphia, PA 19171-0621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **April - June 2018**

Basis for the claim: **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,055.65** |
|---|---|---|---|

**Edge Deephole Drilling Tools**
12620 FM 1960 W
Ste. A4-Box 300
Houston, TX 77065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May - June 2018**

Basis for the claim: **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,913.89** |
|---|---|---|---|

**Erie Industrial Supply Co.**
2103 E. 33rd Street
Erie, PA 16510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **April - June 2018**

Basis for the claim: **Materials**

Last 4 digits of account number **2924**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336.00** |
|---|---|---|---|

**Erie Regional Chamber &
Growth Partnership**
208 East Bayfront
Erie, PA 16507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/1/18**

Basis for the claim: **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,661.87** |
|---|---|---|---|

**Erie Water Works**
PO Box 4170
Woburn, MA 01888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/12/18**

Basis for the claim: **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ERIKS NA, Inc.**
PO Box 644819
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/23/18**

Basis for the claim: **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Fay Industries, Inc.**
PO Box 360947
Strongsville, OH 44136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/16/18**

Basis for the claim: **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Hollow Boring Company** | Case number (if known) | **18-10597** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.70 |
|---|---|---|---|

**Frontier Lumber**
**762 East 5th Street**
**Erie, PA 16507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/18

Basis for the claim:  **Materials**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Hardinger Transfer Company**
**1314 West 18th Street**
**Erie, PA 16502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/17/18

Basis for the claim:  **Services provided**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.69 |
|---|---|---|---|

**Harrington Industrial Laundry**
**3854 West 20th Street**
**Erie, PA 16505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  June 2018

Basis for the claim:  **Services Provided**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,129.42 |
|---|---|---|---|

**Infinity Resources, Inc.**
**720 Nevada Drive**
**Erie, PA 16505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April - June 2018

Basis for the claim:  **Temp labor services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455,852.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 21126**
**Philadelphia, PA 19114-0326**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Basis for the claim:  **Excise tax**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,715.00 |
|---|---|---|---|

**J&L Honing Company**
**4150 South Nevada Avenue**
**Milwaukee, WI 53235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April - June 2018

Basis for the claim:  **Services provided**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347.50 |
|---|---|---|---|

James H. Cross Co.
PO Box 8950
Erie, PA 16505-8950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April - June 2018

Basis for the claim:  **Services provided**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **American Hollow Boring Company** | | Case number (if known) | **18-10597** |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293.06**

**Janitors Supply, Inc.**
540 East 2nd Street
P.O. Box 1027
Erie, PA 16512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 2018**

Last 4 digits of account number __

Basis for the claim: **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,194.00**

**Konecranes, Inc.**
P.O. Box 641807
Pittsburgh, PA 15264-1807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May - June 2018**

Last 4 digits of account number __

Basis for the claim: **Materials and services provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,220.62**

**Lincoln National Life Insurance Co.**
PO Box 0821
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/8/18**

Last 4 digits of account number __

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124.39**

**Logistics Plus**
PO Box 1288
Erie, PA 16512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/14/18**

Last 4 digits of account number __

Basis for the claim: **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$543.00**

**MD Services**
6790 Haskell Dr.
Fairview, PA 16415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/18**

Last 4 digits of account number __

Basis for the claim: **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.21**

**National Fuel**
PO Box 371835
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/14/18**

Last 4 digits of account number __

Basis for the claim: **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,036.77**

**NQA USA**
PO Box 733365
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/9/18**

Last 4 digits of account number __

Basis for the claim: **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Hollow Boring Company** | Case number (if known) | **18-10597** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **PA Department of Revenue** **Bureau of Compliance** **Dept. 280948** **Harrisburg, PA 17128-0948** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Nothing known to be due and owing, listed for informational purposes only** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$2,800,737.00** |
| | **Pension Benefit Guarantee Corporation** **1200 K Street NW** **Room 2723** **Washington, DC 20005** | ☐ Contingent ☐ Unliquidated ☒ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Involuntary termination** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$1,492.75** |
| | **Perry Mill Supply Co.** **PO Box 1286** **Erie, PA 16512** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred  **May 2018** | Basis for the claim:  **Materials** |
| | Last 4 digits of account number  **0110** | Is the claim subject to offset? ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$1,436.30** |
| | **Quality Cleaning Systems** **P.O. Box 8621** **Erie, PA 16505-0621** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred  **May - June 2018** | Basis for the claim:  **Services provided** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$418.09** |
| | **Shop Tech Industrial Software** **180 Glastonbury Blvd.** **Glastonbury, CT 06033** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred  **6/2/18** | Basis for the claim:  **Maintenance contract for software** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$46,848.00** |
| | **Sunbelt Steel Texas, LLC** **PO Box 203124** **Dallas, TX 75320** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred  **4/26/18** | Basis for the claim:  **Materials** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$5,384.00** |
| | **Sunbelt-Turret Steel, Inc.** **PO Box 731036** **Dallas, TX 75373** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Date(s) debt was incurred  **April - May 2018** | Basis for the claim:  **Materials** |
| | Last 4 digits of account number  **2623** | Is the claim subject to offset? ☒ No  ☐ Yes |

Debtor  **American Hollow Boring Company**
     Name

Case number (if known)  **18-10597**

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.08** |
|---|---|---|---|

**3.40**
Nonpriority creditor's name and mailing address
**Tyco Integrated Security**
PO Box 371967
Pittsburgh, PA 15250

Date(s) debt was incurred  6/9/18

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

**$458.08**

---

**3.41**
Nonpriority creditor's name and mailing address
**United Parcel Service**
Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred  6/9/18

Last 4 digits of account number  598A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services provided**

Is the claim subject to offset? ■ No ☐ Yes

**$70.21**

---

**3.42**
Nonpriority creditor's name and mailing address
**United Way of Erie County**
420 W. 6th St.
Erie, PA 16507

Date(s) debt was incurred  April - June 2018

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contributions from payroll deductions**

Is the claim subject to offset? ■ No ☐ Yes

**$121.00**

---

**3.43**
Nonpriority creditor's name and mailing address
**UPMC Health Plan**
PO Box 371842
Pittsburgh, PA 15250

Date(s) debt was incurred  6/10/18

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$6,820.26**

---

**3.44**
Nonpriority creditor's name and mailing address
**Welders Supply Co.**
1628 Cascade St.
Erie, PA 16502

Date(s) debt was incurred  6/8/18

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$308.60**

---

**3.45**
Nonpriority creditor's name and mailing address
**Yarde Metals, Inc.**
45 Newell Street
Southington, CT 06489

Date(s) debt was incurred  5/4/18

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$4,549.72**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

Debtor    **American Hollow Boring Company**                              Case number (if known)    **18-10597**
          <span style="font-size:smaller">Name</span>

**5a. Total claims from Part 1**                              5a.    $              0.00
**5b. Total claims from Part 2**                              5b.  + $       3,378,056.63

**5c. Total of Parts 1 and 2**                               5c.    $       3,378,056.63
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name      **American Hollow Boring Company**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF PA

Case number (if known)      **18-10597**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Tool vending machine rental agreement** | |
| State the term remaining — **Agreement expires 6/14/21** | **Erie Industrial Supply** |
| List the contract number of any government contract | **2103 E. 33rd Street** **Erie, PA 16510** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Copier service contract** | |
| State the term remaining — **Contract expires 12/27/18** | **Hagan Business Machines** |
| List the contract number of any government contract | **1112 Peach Street** **Erie, PA 16501** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Rug and rag service contract** | |
| State the term remaining — **Contract expiration - 3/24/21** | **Harrington Industrial Laundry** |
| List the contract number of any government contract | **3854 West 20th Street** **Erie, PA 16505** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Life, ADD and Retiree Life Insurance Policy no. 44977 Expiration date 8/1/18** | |
| State the term remaining | **Lincoln Financial Group** |
| List the contract number of any government contract | **P.O. Box 2616** **Omaha, NE 68103** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   __American Hollow Boring Company__   Case number (*if known*)   __18-10597__

     First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Long Term Disability Insurance Policy no. 42547** | |
| | State the term remaining | **Expiration date 8/1/18** | **Lincoln Financial Group** |
| | List the contract number of any government contract | | **P.O. Box 2616** **Omaha, NE 68103** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Plowing and lawn services** | |
| | State the term remaining | | **MD Services** |
| | List the contract number of any government contract | | **6790 Haskell Drive** **Fairview, PA 16415** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Commercial Property, General Liability and Inland Marine Insurance Policy no. CX90104287** | |
| | State the term remaining | **Expiration date 4/25/19** | **Penn National Security Ins. Co.** |
| | List the contract number of any government contract | | **P.O. Box 2362** **Harrisburg, PA 17105** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Business Auto Insurance Policy no. AX90104287** | |
| | State the term remaining | **Expiration date 4/25/19** | **Penn National Security Ins. Co.** |
| | List the contract number of any government contract | | **P.O. Box 2362** **Harrisburg, PA 17105** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Workers Compensation Policy no. WC9010428714** | |
| | State the term remaining | **Expiration date 4/25/19** | **Penn National Security Ins. Co.** |
| | List the contract number of any government contract | | **P.O. Box 2362** **Harrisburg, PA 17105** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Umbrella Liability Policy no. UL90104287** | **Penn National Security Ins. Co.** |
| | State the term remaining | **Expiration date 4/25/19** | **P.O. Box 2362** **Harrisburg, PA 17105** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **American Hollow Boring Company**                                Case number *(if known)*   **18-10597**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

　　　　　　List the contract number of any
　　　　　　government contract　　　　　　　_____

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **ERP Software Maintenance Agreement** | |
| | State the term remaining | **Contract expires 4/30/19** | **Shoptech**<br>**180 Glastonbury Blvd.**<br>**Suite 303**<br>**Glastonbury, CT 06033** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Business Travel Accident Policy no. 40ETB113053** | |
| | State the term remaining | **Expiration date 3/12/19** | **The Hartford**<br>**301 Woods Park Drive**<br>**Clinton, NY 13323** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm Service Contract** | |
| | State the term remaining | **Contract expiration - 1/31/21** | **Tyco Intergrated Security**<br>**10450 Crosspoint Blvd.**<br>**Indianapolis, IN 46256** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Collective bargaining agreement** | |
| | State the term remaining | **Agreement expiration - 10/23/21** | **United Steel Workers**<br>**1945 Lincoln Highway**<br>**North Versailles, PA 15137** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Health insurance contract Contract no. 040996300** | |
| | State the term remaining | **Contract expires 11/30/18** | **UPMC**<br>**US Steel Tower, 25th Floor**<br>**Pittsburgh, PA 15219** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **American Hollow Boring Company** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PA |
| Case number (if known) | **18-10597** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor |
|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |

Fill in this information to identify the case:

Debtor name    **American Hollow Boring Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PA

Case number (if known)    **18-10597**

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Business income** | **$566,592.60** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Business income** | **$1,125,790.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Business income** | **$1,181,654.00** |

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    **American Hollow Boring Company**                                    Case number (if known)  **18-10597**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.1. | Erie Industrial Supply Co.<br>931 Greengarden Road<br>Erie, PA 16501-1525 | 3/29/18,<br>4/16/18,<br>4/24/18,<br>5/15/18 and<br>5/30/18 | $7,397.59 | *Check all that apply*<br>☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Infinity Resources, Inc.<br>720 Nevada Drive<br>Erie, PA 16505 | 3/29/18,<br>4/16/18,<br>5/15/18 and<br>5/30/18 | $10,017.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. | Sunbelt-Turret Steel, Inc.<br>PO Box 731036<br>Dallas, TX 75373 | 3/29/18,<br>5/15/18 and<br>5/30/18 | $9,536.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | UPMC Health Plan<br>US Steel Tower, 25th<br>Pittsburgh, PA 15219 | 3/29/18,<br>4/24/18 and<br>5/30/18 | $20,460.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Health insurance** |
| 3.5. | S.A. Wagner Agency, Inc.<br>P.O. Box 11<br>Erie, PA 16512 | 4/6/18 and<br>5/15/18 | $13,039.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Liability and worker's comp insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Aimee L. Gevirtz<br>5441 Mystic Ridge<br>Erie, PA 16506<br>Secretary/Treasurer and 20.66%<br>shareholder | 06/15/17 -<br>6/14/18 | $83,291.28 | Compensation |
| 4.2. | Geoffrey B. Ginader<br>637 Compass Drive<br>Erie, PA 16505<br>President and 28.40% shareholder | 06/15/17 -<br>06/14/18 | $89,470.29 | Compensation |

Debtor    **American Hollow Boring Company**                                    Case number *(if known)*  **18-10597**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Geoffrey B. Ginader**<br>**637 Compass Drive**<br>**Erie, PA 16505**<br>**President and 28.40% shareholder** | 06/15/17 -<br>06/14/18 | $79.03 | **Expense reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Pension Benefit Guaranty Corporation**<br>**PBGC case no. D20144323** | **Voluntary distress termination** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

Debtor    **American Hollow Boring Company**                                    Case number (if known)  **18-10597**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

<table>
<tr><td colspan="2"><strong>Part 6:</strong></td><td colspan="4"><strong>Certain Payments or Transfers</strong></td></tr>
</table>

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Knox McLaughlin Gornall & Sennett, P.C.** **120 West Tenth Street** **Erie, PA 16501** **Erie, PA 16501** | **Attorney fees for services rendered in preparing to file Chapter 11 in the amount of $14,335.00 and $6.00 in costs. In addition, Debtor paid bankruptcy counsel a retainer in the amount of $15,659.00.** | **6/14/18** | **$30,000.00** |
| | **Email or website address** **www.kmgslaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Schaffner, Knight, Minnaugh & Company** **1545 West 38th Street** **Erie, PA 16508** | **Accountant fees** | **6/14/18** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 7:</strong></td><td colspan="4"><strong>Previous Locations</strong></td></tr>
</table>

Debtor   **American Hollow Boring Company**                    Case number *(if known)* **18-10597**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| **Address** | **Dates of occupancy<br>From-To** |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services<br>the debtor provides** | **If  debtor provides meals<br>and housing, number of<br>patients in debtor's care** |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:
       Name of plan                                               Employer identification number of the plan
       **American Hollow Boring Company Salaried Benefit Plan**      EIN:  **25-1720906**

       Has the plan been terminated?
       ■ No
       ☐ Yes

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:
       Name of plan                                               Employer identification number of the plan
       **American Hollow Boring Company Hourly Benefit Plan**        EIN:  **25-1720907**

       Has the plan been terminated?
       ■ No
       ☐ Yes

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:
       Name of plan                                               Employer identification number of the plan
       **American Hollow Boring Company Salaried 401K Plan**         EIN:  **25-0319510**

       Has the plan been terminated?
       ■ No
       ☐ Yes

Debtor   **American Hollow Boring Company**                                    Case number (if known)  **18-10597**

☐ No Go to Part 10.
■ Yes. Fill in below:
Name of plan                                                    Employer identification number of the plan
**American Hollow Boring Company Hourly 401K Plan**              EIN:  **25-0319510**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Charles Schwab** | **XXXX-9027** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Corporate investment account no. xxxx-9027** | **July 2017** | **$0.00** |
| 18.2. | **Charles Schwab** | **XXXX-6554** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Pension account - salaried employees Acct. no. xxxx-6554** | **July 2017** | **$0.00** |
| 18.3. | **Charles Schwab** | **XXXX-2381** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Pension account - hourly employees Acct. no. xxxx-2381** | **July 2017** | **$0.00** |

Debtor   **American Hollow Boring Company**                                    Case number *(if known)*  **18-10597**

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.4. **Citizens Bank** | **XXXX-2141** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Pension account - salaried employees**<br>**Acct no.**<br>**xxxxxx-214-1** | **April 2017** | **$0.00** |
| 18.5. **Citizens Bank** | **XXXX-2176** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Pension account - hourly employees**<br>**Acct. no.**<br>**xxxxxx-217-6** | **April 2017** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **United Way of Erie County**<br>**420 W. 6th St.**<br>**Erie, PA 16507** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **United Way withholding from paychecks for charitable contributions on behalf of 4 employees.  Details available upon request.** | **$116.00** |

Debtor    **American Hollow Boring Company**                                Case number *(if known)*  **18-10597**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Quintus** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **See attached list** | **Unknown** |
| **Alcon** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **See attached list** | **Unknown** |
| **Customer owned material** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **See attached list** | **Unknown** |
| **Geoffrey B. Ginader**<br>**637 Compass Drive**<br>**Erie, PA 16505** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Aimee L. Gevirtz**<br>**5441 Mystic Ridge**<br>**Erie, PA 16506** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects** | **Unknown** |
| **Laura Tysiachnwey**<br>**15 Linse Ln**<br>**Mc Kean, PA 16426** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects** | **Unknown** |
| **John Sorge**<br>**605 Olin Ave.**<br>**Girard, PA 16417** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Don Chludzinski**<br>**8165 Glenmar Dr.**<br>**Erie, PA 16509** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Harold Ross**<br>**101 Plank Rd.**<br>**Corry, PA 16407** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Calin Balkovic**<br>**2925 Woodlawn Dr.**<br>**Erie, PA 16510** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Tyler Burkel**<br>**1404 West 30th St.**<br>**Erie, PA 16508** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Mirsad Alicusic**<br>**955 West 32nd Street**<br>**Erie, PA 16508** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| **Joe Kosiorek**<br>**15 Linse Lane**<br>**Mc Kean, PA 16426** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **American Hollow Boring Company**                                      Case number (if known)   **18-10597**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jeff Dickson**<br>**734 East 22nd Street**<br>**Erie, PA 16503** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Richard Pieri**<br>**553 Shunpike Road**<br>**Erie, PA 16508** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Russell Tomilin**<br>**1051 Troupe Road**<br>**Harborcreek, PA 16421** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Dean Balkovic**<br>**7515 North Shore Drive**<br>**Erie, PA 16511** | **1901 Raspberry Street**<br>**Erie, PA 16502** | **Personal effects and personal tools** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Employees** | | **Union dues on behalf of 9 employees.  Details available upon request.** | **$178.81** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Employees** | | **Employee Beneflex HRA FSA and BAI employee benefits. Details available upon request.** | **Unknown** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■  No.
    ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **American Hollow Boring Company**                                    Case number *(if known)* **18-10597**

---

☐   No.
■   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **American Hollow Boring 1901 Raspberry Street Erie, PA 16502** | **U.S. Environmental Protection Agency 1200 Pennsylvania Avenue, N.W. Washington, DC 20460** | | **2016** |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Schaffner, Knight, Minnaugh & Company 1545 West 38th Street Erie, PA 16508** | **2016-2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Schaffner, Knight, Minnaugh & Company 1545 West 38th Street Erie, PA 16508** | **2016-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **Pension Benefit Guarantee Corporation
1200 K Street NW
Room 2723
Washington, DC 20005**

Debtor    **American Hollow Boring Company**                                    Case number (if known)  **18-10597**

---

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Aimee Gevirtz** | **5/31/18** | Work In Progress Inventory - $84,059.86 |

Name and address of the person who has possession of inventory records

**Aimee Gevirtz**
**1901 Raspberry Street**
**Erie, PA 16502**

---

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aimee L. Gevirtz | 5441 Mystic Ridge | Secretary/Treasurer | 5990 shares 20.66% |
| Donna Struble | 113 Buckner Drive | | 2400 shares 8.28% |
| Eleanor G. Berry | P.O. Box 246 | | 5,373 shares 18.53% |
| Geoffrey B. Ginader | 637 Compass Drive | President | 8,237 shares 28.40% |
| James G. Barstad | 5001 Angel Canyon Road | | 500 shares 1.72% |
| Joseph H. Armour | 507 Shawnee Drive | | 1,000 shares 3.45% |
| Judith L. Scott | 723 Wendy Way | | 1,650 shares 5.69% |
| Karen Brandel | 113 Buckner Drive | | 2,050 shares 7.07% |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **American Hollow Boring Company**                              Case number (if known)  **18-10597**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marion A. Sipple | 207 Gaywood Road | | 250 shares 0.86% |
| Michael D. Granahan | 119 Parkview Drive | | 1,000 shares 3.45% |
| Stanley & Joan Butler | 6400 Millfair Road | | 200 shares 0.69% |
| Timothy A. Kaercher | 2080 Elk Creek Road | | 350 shares 1.21% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Geoffrey B. Ginader 637 Compass Drive Erie, PA 16505 | $89,470.29 for compensation | 06/15/2017 - 06/14/2018 | |
| | Relationship to debtor 28.40% shareholder | | | |
| 30.2 | Geoffrey B. Ginader 637 Compass Drive Erie, PA 16505 | $79.03 for expense reimbursements | 06/15/17 - 06/14/18 | |
| | Relationship to debtor 28.40% shareholder | | | |
| 30.3 | Aimee L. Gevirtz 5441 Mystic Ridge Erie, PA 16506 | $83,291.28 for compensation | 06/15/2017 - 06/14/2018 | |
| | Relationship to debtor 20.66% shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **American Hollow Boring Company**                          Case number *(if known)*  **18-10597**

---

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation | |
|---|---|---|
| American Hollow Boring Company Salaried Defined Benefit Plan | EIN: | 25-1720906 |
| American Hollow Boring Company Hourly Defined Benefit Plan | EIN: | 25-1720907 |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2018**

**/s/ Aimee Gevirtz**                                              **Aimee Gevirtz**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Secretary/Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Quintus Inventory

| Customer | Heat/Part | Description |
|---|---|---|
| Quintus | AV12996 | 10-1/4" Dia. X 124-5/8" long |
| Quintus | AV12996 | 10-1/4" Dia. X 9-1/4" long |
| Quintus | AV12996 | 10-1/4" Dia. X 3-1/8" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 10" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 29-3/4" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 17-3/4" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 17-7/8" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 15-3/4" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 4-3/4" long |
| Quintus | MS37-310 | 12-1/2" Dia. X 144-3/4" long |
| Quintus | MS31-319 | 12-7/8" Dia. X 22-1/2" long |
| Quintus | MS31-319 | 12-7/8" Dia. X 11-7/8" long |
| Quintus | MS31-319 | 12-7/8" Dia. X 11-5/8" long |
| Quintus | MS31-319 | 12-7/8" Dia. X 34-5/16" long |
| Quintus | MS31-319 | 12-7/8" Dia. X 153" long |
| Quintus | MS37-319 | 12-3/4" Dia. X 3-5/8" long |
| Quintus | MS37-319 | 12-3/4" Dia. X 7-7/8" long |
| Quintus | MS37-309 | 9-5/16" Dia. X 87-3/6" long |
| Quintus | MS37-309 | 9-5/16" Dia. x ½" long |
| Quintus | 06-000004 | 12" Dia. X 14-1/4" long |
| Quintus | 13021 | 11-3/4" Dia. X 20-1/2" long |
| Quintus | 13021 | 11-3/4" Dia. X 20-1/2" long |
| Quintus | 30029-INC | 14-3/4" Dia. X 11" long |
| Quintus | AV13033 | 22-13/16" OD X 6-7/8" ID x 14-1/4" long |
| Quintus | AV13033 | 22-13/16" OD x 6-7/8" ID x 14-1/4" long |
| Quintus | AL9426 | 13" Dia. X 16-3/8"   SA 723   (Marked 31 319  Research Material) |
| Quintus | AVURE | 13" Dia. x 4-1/2" |
| Quintus | AVURE | 10-1/4" Dia. x 3-1/4" long  (15-5) |
| Quintus | Various Calibration Standards | |

Alcon Inventory

| Customer | Heat/Part | Grade | | Description |
|----------|-----------|-------|---|-------------|
| Alcon | 172-065 | | 4130 | 14-1/4" x 120-1/4" long |
| Alcon | J1481 | | 4140 | 9-1/2" x  120-5/16" long |
| Alcon | J4966 | | 4140 | 9-1/2" x 121-1/4" long |
| Alcon | 245604 | | 4140 | 14-1/8" x 160-1/4" long |
| Alcon | 13444 | ? | | 13" x 122-1/8" long |
| Alcon | | | | Used Mold 11" x 6.125" ID x 103" long |
| Alcon | | | | Used Mold |

Wip Customer Owned Material

| OrderNo | CustDesc | PONum | Status | JobNo | QtyOrdere | Date Received |
|---------|----------|-------|--------|-------|-----------|---------------|
| 10041 | Progressive Alloy Steels | HM33955 | O | 10041-01 | 11 | 2/27/2018 |
| 10044 | Progressive Alloy Steels | HM33954 | O | 10044-03 | 1 | 3/7/2018 |
| 10044 | Progressive Alloy Steels | HM33954 | O | 10044-01 | 1 | 3/7/2018 |
| 10052 | Lasticks Aerospace Inc. | 29656 | O | 10052-01 | 35 | 3/23/2018 |
| 10096 | Quintus Technologies, LLC. | 106678 | O | 10096-01 | 1 | 5/2/2018 |
| 10096 | Quintus Technologies, LLC. | 106678 | O | 10096-02 | 1 | 4/20/2018 |
| 10109 | HFW Industries, Incorporated | 50044-01. | O | 10109-01 | 27 | 5/4/2018 |
| 10110 | HFW Industries, Incorporated | 50045-01. | O | 10110-01 | 17 | 5/4/2018 |
| 10115 | BOC Water Hydraulics Inc. | 58079 | O | 10115-01 | 60 | 5/11/2018 |
| 10118 | Wolseley Industrial Group | T1380-566 | O | 10118-01 | 1 | 5/16/2018 |
| 10119 | Lasticks Aerospace Inc. | 29807 | O | 10119-01 | 66 | 5/21/2018 |
| 10121 | Carpenter Latrobe Specialty Me | 4.5E+09 | O | 10121-01 | 36 | 5/18/2018 |
| 10121 | Carpenter Latrobe Specialty Me | 4.5E+09 | O | 10121-02 | 16 | 5/18/2018 |
| 10122 | Carpenter Latrobe Specialty Me | 4.5E+09 | O | 10122-01 | 24 | 5/18/2018 |
| 10126 | Ace Roll & Shaft, Inc. | 423 | O | 10126-01 | 2 | 5/15/2018 |
| 10127 | Coronado Steel | P9200 | O | 10127-01 | 10 | 5/24/2018 |
| 10128 | Penna Flame Industries | PF#2321P( | O | 10128-01 | 2 | 5/30/2018 |
| 10133 | BNL Industries, Inc. | AL052405 | O | 10133-01 | 3 | 5/31/2018 |
| 10134 | Bardons & Oliver, Inc. | 171023 | O | 10134-01 | 1 | 5/30/2018 |
| 10135 | Howland Machine Corp. | 36821 | O | 10135-01 | 2 | 6/6/2018 |
| 10137 | Carpenter Latrobe Specialty Me | 4.5E+09 | O | 10137-01 | 66 | 6/7/2018 |
| 10138 | Sterling Machine Company | 5564 | O | 10138-01 | 1 | 5/31/2018 |
| 10138 | Sterling Machine Company | 5564 | O | 10138-02 | 1 | 5/31/2018 |
| 10140 | Yarde Metals-CT | P80601LK( | O | 10140-01 | 144 | 6/7/2018 |
| 10141 | Cylinder Services | Marty | O | 10141-01 | 1 | 6/7/2018 |
| 10142 | Sterling Machine Company | 5573 | O | 10142-01 | 1 | 6/4/2018 |
| 10142 | Sterling Machine Company | 5573 | O | 10142-02 | 1 | 6/4/2018 |
| 10144 | Sterling Machine Company | 5580 | O | 10144-01 | 3 | 6/4/2018 |
| 9639 | Elmhurst Systems | KAPP 8-25 | O | 9639-04 | 1 | 11/29/2017 |
| 9919 | Wingate Alloys, Inc. | P16686-2 I | O | 9919-01 | 14 | 11/8/2017 |
| 9919 | Wingate Alloys, Inc. | P16686-2 I | O | 9919-02 | 16 | 4/23/2018 |
| 9919 | Wingate Alloys, Inc. | P16686-2 I | O | 9919-03 | 3 | 5/21/2018 |
| 9999 | Matrix MachineSpecialties | 02052018 | O | 9999-01 | 1 | 2/6/2018 |
| Not Assign | USA Rolls | No Order \ | O | Not Assign | 1 | 6/8/2018 |
| 10139 | BOC Water Hydraulics Inc. | 58419 | O | 10139-01 | 56 | 6/13/2018 |
| Not Assign | BOC Water Hydraulics Inc. | 58440 | O | Not Assign | 67 | 6/13/2018 |
| Not Assign | BOC Water Hydraulics Inc. | 58440 | O | Not Assign | 70 | 6/13/2018 |
| | Carpenter Latrobe Specialty Me | Various | | 0 Various | | |

| ProdCode | User_Memo1 |
|---|---|
| 15-5-PH | 8" OD X 12' R/L (11 PCS) |
| 15-5-PH | 8" OD X 69-5/8" LONG |
| 15-5-PH | 8" OD X 109-15/16" LONG (1 PCS) |
| 4340 | 2" OD X 39" LONG |
| SA 723 | 15.50" OD X 62.50" LONG |
| SA 723 | STOCK - 9-5/16" OD X 105.375" LONG |
| 17-4-PH | 4.25" OD x 35.575"-36" |
| 17-4-PH | 4.25" OD X 46.575" LONG |
| 316 | 5.50" OD X 60" LONG |
| 17-4-PH | 5.50" OD X 70" LONG |
| 4340 | 3-1/4" OD X 37" LONG |
| 4340 | 3.740" OD X 39.372-39.560" LONG |
| 4340 | 3.740" OD X 39.372-39.560" LONG |
| 4340 | 3.740" OD X 39.372-39.5595" LONG |
| 4340 | MULT DIA X 37.0625" |
| 330 SS | 4.5" OD X 3-11/16" ID X 104.5" LONG. |
| 4150 | 10.062" OD X 39.875" LONG |
| TITANIUM | 12.625" OD X 9.75" LONG |
| 4340 | 15.10" OD X 74.4" LONG |
| 1045 | 5.5" OD X 48" LONG |
| 4340 | 2.9685" OD X 39.372"-39.497" LONG |
| 4340 | 4.50" OD X 76.25" LONG |
| 4340 | 4.50" OD X 36.125" LONG |
| 440 | 8" OD X 144" LONG |
| 1050 | 2.50" OD X 85.625" LONG |
| 4340 | 7" OD X 36.125" LONG |
| 4340 | 7" OD X 48.125" LONG |
| 4340 | 7" OD X 36.125" LONG |
| SA 723 | 23.50" OD X 10.660" ID X 94.25" LONG |
| 1018 | 2.375" OD X 14.50" LONG |
| 1018 | 2-5/16" OD X 14-1/2" LONG |
| 1018 | 2.375" OD X 14.50" LONG |
| 30CRNIMC | 6.75" OD X32.25" LONG |
| | 8-1/4" OD x 108" long |
| 17-4-PH | 8" OD X 56" LONG |
| 17-4 | 8.5" OD x 66.625" LONG |
| 17-4 | 8.5" OD x 70.0625" LONG |
| | (2) gaylords of Scrap Material |

WIP AHB Material

| OrderNo | CustDesc | PONum | Status | JobNo | Qty Ordered | Date Received | User_Memo1 | ProdCode |
|---------|----------|-------|--------|-------|-------------|---------------|------------|----------|
| | | | | | | | | AT BC |
| 10057 | Rando Machine Corporation | 71301 | O | 10057-01 | 1 | 4/30/2018 | 6-1/4" OD X 4-3/4" ID X 112" LONG | 1026 |
| 10057 | Rando Machine Corporation | 71301 | O | 10057-02 | 1 | 4/30/2018 | 5" OD X 3" ID X 86" LONG | 1026 |
| 10081 | Fenn, LLC | 003649-00 | O | 10081-01 | 1 | 6/7/2018 | MULT DIA X 45-3/4" LONG (PER SKETCH R-91) | 1045 Machining |
| 10093 | AB&I Foundry | PO-013480 | O | 10093-01 | 12 | 4/30/2018 | 8" OD X 124.25" LONG | 4145 |
| 10093 | AB&I Foundry | PO-013480 | O | 10093-02 | 12 | 4/30/2018 | 8" OD X 124.25" LONG | 4145 |
| 10094 | USNR | 919854 | O | 10094-01 | 1 | 4/27/2018 | 5-1/2" OD X 72.50" LONG | 4340 |
| 10095 | USNR | 919725 | O | 10095-01 | 2 | 4/27/2018 | 7" OD X 64-1/4" LONG | 4340 |
| 10132 | HFW Industries, Incorporated | 50185-01.1 | O | 10132-01 | 1 | 6/7/2018 | 10" OD X 69" LONG | 4140 |
| 10136 | Maxpro Technologies, Inc. | 181151 | O | 10136-01 | 10 | 6/8/2018 | 2.75" X 32.50" LONG | 4140 |

Other miscellaneous

| Owner | Description |
| --- | --- |
| Geoff Ginader | Personal Effects and Personal Tools |
| Aimee Gevirtz | Personal Effects |
| Laura Tysiachney | Personal Effects |
| John Sorge | Personal Effects and Personal Tools |
| Don Chludzinski | Personal Effects and Personal Tools |
| Harold Ross | Personal Effects and Personal Tools |
| Calin Balkovic | Personal Effects and Personal Tools |
| Tyler Burkel | Personal Effects and Personal Tools |
| Mirsad Alicusic | Personal Effects and Personal Tools |
| Joe Kosiorek | Personal Effects and Personal Tools |
| Daniel Perrin | Personal Effects and Personal Tools |
| Jeff Dickson | Personal Effects and Personal Tools |
| Richard Pieri | Personal Effects and Personal Tools |
| Russell Tomilin | Personal Effects and Personal Tools |
| Dean Balkovic | Personal Effects and Personal Tools |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **18-10597** |
| **American Hollow Boring Company** | : | |
| | : | Chapter **11** |
| | : | |
| Debtor | : | |
| | : | |
| **American Hollow Boring Company** | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __Guy C. Fustine 37543__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Guy C. Fustine**
_____
Signature
**Guy C. Fustine 37543**
_____
Typed Name
**120 West Tenth Street**
**Erie, PA 16501**
_____
Address
**(814) 459-2800 Fax:(814) 453-4530**
_____
Phone No.
**37543 PA**
_____
List Bar I.D. and State of Admission

Software Copyright (c) 1996-2018 Best Case LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of PA

In re __American Hollow Boring Company__ _____    Case No. __18-10597__

Debtor(s)    Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ 375.00/per hour plus costs

   Prior to the filing of this statement I have received _____ $ 16,751.50 (retainer)

   Balance Due _____ $ 375.00/per hour plus costs

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **All services rendered will be billed on an hourly fee basis only. This is not a "fixed fee" arrangement. Additional services will be billed as needed based on the hourly rate of attorney or paralegal providing those services.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **To be determined.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_July 13, 2018_____    _/s/ Guy C. Fustine_____
*Date*    **Guy C. Fustine 37543**
   *Signature of Attorney*
   **Knox McLaughlin Gornall & Sennett, P.C.**
   **120 West Tenth Street**
   **Erie, PA 16501**
   **(814) 459-2800  Fax: (814) 453-4530**
   **gfustine@kmgslaw.com**
   *Name of law firm*

---

## United States Bankruptcy Court
### Western District of PA

In re  **American Hollow Boring Company**

Debtor(s)

Case No.   **18-10597**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aimee L. Gevirtz**<br>**5441 Mystic Ridge**<br>**Erie, PA 16506** | | **5990** | **20.66%** |
| **Donna Struble**<br>**113 Buckner Drive**<br>**Roan Mountain, TN 37687** | | **2400** | **8.28%** |
| **Eleanor G. Berry**<br>**P.O. Box 246**<br>**Roan Mountain, TN 37687** | | **5,373** | **18.53%** |
| **Geoffrey B. Ginader**<br>**637 Compass Drive**<br>**Erie, PA 16505** | | **8237** | **28.40%** |
| **James G. Barstad**<br>**5001 Angel Canyon Road**<br>**Kanab, UT 84741** | | **500** | **1.72%** |
| **Joseph H. Armour**<br>**507 Shawnee Drive**<br>**Erie, PA 16505** | | **1,000** | **3.45%** |
| **Judith L. Scott**<br>**723 Wendy Way**<br>**Durham, NC 27712** | | **1,650** | **5.69%** |
| **Karen Brandel**<br>**113 Buckner Drive**<br>**Roan Mountain, TN 37687** | | **2,050** | **7.07%** |
| **Marion A. Sipple**<br>**207 Gaywood Road**<br>**Baltimore, MD 21212** | | **250** | **0.86%** |
| **Michael D. Granahan**<br>**119 Parkview Drive**<br>**Erie, PA 16509** | | **1,000** | **3.45%** |
| **Stanley & Joan Butler**<br>**6400 Millfair Road**<br>**Fairview, PA 16415** | | **200** | **0.69%** |
| **Timothy A. Kaercher**<br>**2080 Elk Creek Road**<br>**Waterford, PA 16441** | | **350** | **1.21%** |

Sheet 1 of 2 in List of Equity Security Holders

In re:    **American Hollow Boring Company**                                          Case No.  **18-10597**

                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary/Treasurer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 13, 2018**                                        Signature    **/s/ Aimee Gevirtz**
                                                                              **Aimee Gevirtz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.