## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AMERICAN HOLLOW BORING COMPANY, | ) Case No. 18-10597 (TPA) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| _____ | ) Related to Docket Nos.: 7, 23 |
| | ) |
| | ) |
| PENNSYLVANIA ELECTRIC COMPANY, | ) |
| | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN HOLLOW BORING COMPANY, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

### ORDER GRANTING MOTION OF PENNSYLVANIA ELECTRIC COMPANY TO:  (A) VACATE, AND/OR RECONSIDER, AND/OR MODIFY ORDER GRANTING DEBTOR'S MOTION TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT; AND (B) SEEK ADEQUATE ASSURANCE OF PAYMENT

**AND NOW**, on this ____ day of _____, 2018, upon consideration of the *Motion of Pennsylvania Electric Company To:  (A) Vacate, and/or Reconsider, and/or Modify Order Granting Debtor's Motion To Determine Adequate Assurance of Payment; and (B) Seek Adequate Assurance of Payment* (the "Motion"), which was properly served, **IT IS HEREBY ORDERED THAT** the Motion is granted.  **IT IS FURTHER ORDERED THAT** *Order Granting Debtor's Motion To Determine Adequate Assurance of Utility Payments* (Docket No. 23) is vacated as to Pennsylvania Electric Company ("Penelec").  **IT IS FURTHER ORDERED** that within five (5) business days from entry of this Order, the Debtor shall provide Penelec with a cash deposit in the amount $5,062 as

adequate assurance of payment pursuant to Section 366(c) of the Bankruptcy Code.

Dated: _____    _____
                                                        Honorable Thomas P. Agresti
                                                        United States Bankruptcy Judge