IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   American Hollow Boring Company        Bankruptcy No.    18-10597-TPA

**DISCLOSURE STATEMENT**
**TO ACCOMPANY PLAN DATED JUNE 12, 2019**

Chapter 11 Small Business (Check box only if debtor has elected to be considered a small business under 11 U.S.C. §1121(e))

Debtor furnishes this disclosure statement to creditors in the above-captioned matter pursuant to Bankruptcy Code §1125 to assist them in evaluating debtor's proposed Chapter 11 plan, a copy of which is attached hereto. Creditors may vote for or against the plan of reorganization. Creditors who wish to vote must complete their ballots and return them to the following address before the deadline noted in the order approving the disclosure statement and fixing time. The Court will schedule a hearing on the plan pursuant to 11 U.S.C. §1129.

Address for return of ballots:    Guy C. Fustine
Knox McLaughlin Gornall & Sennett, PC
120 West Tenth Street
Erie, PA 16501

I.    Background

1.    Name of Debtor

American Hollow Boring Company

2.    Type of Debtor (individual, partnership, corporation)

Corporation

3.    Debtor's Business or Employment

The Debtor is a 100 year old family owned business located at 1901 Raspberry Street, Erie, Pennsylvania 16502. The long-standing Erie business specializes in deep hole drilling, trepanning, honing, and machining services for a variety of industries.

4.    Date of Chapter 11 Petition

June 15, 2018

5.    Events that Caused the Filing:

The Pension Benefit Guaranty Corporation ("PBGC") issued a demand letter on June 6, 2018 for the payment of unfunded pension plan liabilities in the amount of $2,831,568. The demand exceeded the

company's ability to pay and would have included a lien on all of the Debtor's assets, but for the filing of the Petition.

6.    Anticipated Future of the Company & Source of this Information and Opinion

"American Hollow Boring Company, Inc. plans to continue its business in perpetuity. The relief of the legacy costs related to the Pension plans will allow our company to continue on a profitable basis. We do not plan to incur external debt in order to finance the plan or continuing operations. We intend on utilizing our cash reserves on hand to make the initial plan payments and to use as working capital to purchase inventories necessary to fulfill customer orders. Free cash flow from continuing operations will provide the cash to make ongoing plan payments.

Our back log remains strong with approximately 1 to 1-1/2 months on the books. We continue to convert approximately 30% of quotes to orders. Average monthly quoting volume is $450,000. YTD average monthly sales has been $175,000."

Prepared by Aimee Gevirtz, Controller

7.    Summarize all Significant Features of the Plan Including When and How Each Class of Creditor will Be Paid and What, If Any, Liens Will Be Retained By Secured Creditors or Granted to Any Creditor Under the Plan

| Class | Treatment | Liens Retained |
|-------|-----------|----------------|
| Class 1<br>Secured Claims (PGGC) | The PBGC claim will be paid in accordance with the Settlement Agreement. The PBGC will be paid one payment of $75,000 (the "Initial Payment") within fifteen (15) days of the Effective Date; and, seventeen subsequent annual installment payments of $46,567, starting on the one-year anniversary of the Initial Payment. | $150,000 Mortgage |
| Class 2<br>Priority Wage and Vacation Pay Claims | Priority wage and vacation claims will be paid pursuant to the terms of the Labor Contract in the ordinary course. | |

| | | |
|---|---|---|
| Class 3<br>Administrative Claims | Paid in full on the Effective Date, unless to be paid in the ordinary course of business per agreement with the claimant, although Court approval is required in advance to pay the Debtor's professional fees. | |
| Class 4<br>Assumed Executory Contracts and Leases | Assumed executory contracts and leases will be paid on the Effective Date together with adequate assurance of future performance. | |
| Class 5<br>Convenience Class of General Unsecured Claims less than or equal to $2,000.00 | The convenience class of general unsecured claims will be paid in full with no interest three (3) months after the Effective Date. | |
| Class 6<br>General Unsecured Claims greater than $2,000.00 | The general unsecured claims will be paid in full with no interest in three (3) installment payments. They will be paid one-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. | |
| Class 7<br>Equity Security Interest Holders | The equity security interest holders shall retain their respective interests in exchange for an equity contribution eual to $.50 per share, in the total amount of at least $10,000 (the guaranteed minimum contribution). | |

8.     Are All Monthly Operating Statements Current and on File With The Clerk of Court?

                    Yes _____X_____     No _____

       If Not, Explain:

9.     Does the plan provided for releases of nondebtor parties?  Specify which parties and terms of release.

3

10.     Identify all executory contracts that are to be assumed or assumed and assigned.

| | |
|---|---|
| Erie Industrial Supply | Tool vending machine rental agreement |
| Hagan Business Machines | Copy service contract |
| Lincoln Financial Group | Contract for life, ADD and retiree life insurance policy |
| Lincoln Financial Group | Long term disability insurance |
| Penn National Security Insurance Co. | Contract for commercial property, general liability and inland marine insurance |
| Penn National Security Insurance Co. | Contract for business auto insurance |
| Penn National Security Insurance Co. | Contract for workers comp policy |
| Penn National Security Insurance Co. | Contract for umbrella liability policy |
| Shoptech | ERP software maintenance agreement |
| The Hartford | Contract for business travel accident policy |
| United Steel Workers | Collective bargaining agreement |
| UPMC | Health insurance contract |
| NQA USA | Certification |

11.     Has a bar date been set?

Yes ____X____     No _____

(If not, a motion to set the bar date has been filed simultaneously with the filing of this disclosure statement.)

12.     Has an election under 11 U.S.C. §1121(e) has been filed with the Court to be treated as a small business?

Yes _____     No ____X____

13.     Specify property that will be transferred subject to 11 U.S.C. §1146(c).

II.    <u>Creditors</u>

    A.    Secured Claims

SECURED CLAIMS

| Creditor | Total Amount Owed | Arrearages | Type of Collateral Priority of Lien (1, 2, 3) | Disputed (D) Liquidated (L) Unliquidated (U) | Will Liens Be Retained Under the Plan? (Y) or (N) |
|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | $866,639.00 | $0 | Mortgage limited to $150,000 | L | Y |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL** | $ 866,639.00 | $ 0 | | | |

B.      Priority Claims

PRIORITY CLAIMS

| Creditor | Total Amount Owed | Type of Collateral | (D) (L) (U) * |
|---|---|---|---|
| Employee Vacation Pay Claims for a vacation to be taken in the ordinary course | | No collateral | L |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | $ | | |

*Disputed (D), Liquidated (L), or Unliquidated (U)

C.     Unsecured Claims

| | | |
|---|---|---|
| 1. | Amount Debtor Scheduled (Disputed and Undisputed) | $3,378,056.63 |
| 2. | Amount of Unscheduled Unsecured Claims[1] | $42,515.87 |
| 3. | Total Claims Scheduled or Filed | $3,420,572.50 |
| 4. | Amount Debtor Disputes | $3,388,865.37 |
| 5. | Estimated Allowable Unsecured Claims | $31,707.13 |

D.     Other Classes of Creditors (Convenience Class 5 Claims)

| | | |
|---|---|---|
| 1. | Amount Debtor Scheduled (Disputed and Undisputed) | $ 25,431.50 |
| 2. | Amount of Unscheduled Claims[1] | $ 5,258.44 |
| 3. | Total Claims Scheduled or Filed | $ 30,689.94 |
| 4. | Amount Debtor Disputes | $ 9,967.53 |
| 5. | Estimated Allowable Claims | $ 20,722.41 |

E.     Other Classes of Interest Holders

| | | |
|---|---|---|
| 1. | Amount Debtor Scheduled (Disputed and Undisputed) | $ |
| 2. | Amount of Unscheduled Claims[1] | $ |
| 3. | Total Claims Scheduled or Filed | $ |
| 4. | Amount Debtor Disputes | $ |
| 5. | Estimated Allowable Claims | $ |

---

[1] Includes (a.) unsecured claims filed by unscheduled creditors; (b.) that portion of any unsecured claim filed by a scheduled creditor that exceeds the amount debtor scheduled; and (c.) any unsecured portion of any secured debt not previously scheduled.

III.    <u>Assets</u>

ASSETS

| Assets | Value | Basis for Value Priority of Lien | Name of Lien Holder (if any) (Fair Market Value/ Book Value) | Amount of Debtor's Equity (Value Minus Liens) |
|---|---|---|---|---|
| Cash on hand, Northwest Savings Operating Account, Northwest Sweep, Northwest FSA, Northwest Dental, Investments | 326,019.00 | | | 326,019.00 |
| Accounts receivable | 195,975.00 | | | 195,975.00 |
| Work in progress | 0 | | | 0 |
| Shop supplies | 0 | | | 0 |
| Office furniture and fixtures | 5,025.00 | | | 5,025.00 |
| Telephone system | 75.00 | | | 75.00 |
| Machinery | 420,393.75 | | | 420,393.75 |
| General plant equipment | 3,750.00 | | | 3,750.00 |
| EDP equipment | 750.00 | | | 750.00 |
| Tooling, jigs, dies and fixtures | 15,000.00 | | | 15,000.00 |

| | | | |
|---|---|---|---|
| Gauging | 7,500.00 | | 7,500.00 |
| Building located at 1901 Raspberry Street, Erie, PA | 112,500.00 | | 112,500.00 |
| NOL federal (future prospect $505,527.00) | 0 | | 0 |
| NOL state (future value $443,399.00) | 0 | | 0 |
| | $ 1,086,987.75 **TOTAL** | | $ 1,086,987.75 **TOTAL** |

1.    Are any assets which appear on Schedule A or B of the bankruptcy petition not listed above?  Yes

    If so, identify asset and explain why asset is not in estate:  The foregoing is based upon the forced liquidation value of the assets.  The schedules used an orderly liquidation value.  Therefore, the scheduled values are greater for that reason.

2.    Are any assets listed above claimed as exempt?        If so attach a copy of Schedule C and any amendments.

IV.    <u>SUMMARY OF PLAN</u>

     1.    Effective Date of Plan:

     2.    Will cramdown be sought?  ☐ Yes  ☒ No

        If Yes, state bar date: _____

     3.    Treatment of Secured **Non-Tax** Claims

SECURED NON-TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
| Pension Benefit Guaranty Corporation | 1 | $866,639.00 | Debtor shall pay one initial payment in the amount of $75,000 within fifteen (15) days of the Effective Date.  Seventeen (17) subsequent annual installment payments of $46,567, starting on the on-year anniversary of the initial payment. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL** |  | $866,639.00 |  |

     4.    Treatment of Secured Tax Claims

SECURED TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Summary of Proposed Treatment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL** |  | $ |  |

5.     Treatment of Administrative **Non-Tax** Claims[2]

ADMINISTRATIVE NON-TAX CLAIMS

| Name of Creditor* | Amount Owed | Type of Debt** | Summary of Proposed Treatment and Date of First Payment |
|---|---|---|---|
| Knox McLaughlin Gornall & Sennett, PC | $20,000.00 | P | Administrative claims shall be paid in the ordinary course of business. The professional fees are subject to Bankruptcy Court approval upon application and a notice of hearing. |
| Schaffner Knight Minnaugh & Company | $2,000.00 | P | Administrative claims shall be paid in the ordinary course of business. The professional fees are subject to Bankruptcy Court approval upon application and a notice of hearing. |
| NQA Global Assurance | $3,500.00 | P | Paid in the ordinary course of business at time of audit. |
| BTA Heller, Inc. | $551.40 | 503(b)(9) | Paid on the Effective Date. |
| Edge Deephole Drilling Tools | $372.79 | 503(b)(9) | Paid on the Effective Date. |
| Sunbelt-Turret, Steel, Inc. | $1,745.00 | 503(b)(9) | Paid on the Effective Date. |

\* NQA Global Assurance
ISO 9001, certificate no. 14796/EAC Code 17, certified since May 3, 2013
Applicable to machine shop performing deep hole boring, trepanning, honing manual machining and CNC machining to customer specifications.

---

[2] Include all §503(b) administrative claims.

11

6.    Treatment of Administrative Tax Claims

ADMINISTRATIVE TAX CLAIMS

| Name of Creditor* | Amount Owed | Type of Debt** | Summary of Proposed Treatment and Date of First Payment |
|---|---|---|---|
|  |  |  |  |

*Identify and Use Separate Line for Each Professional and Estimated Amount of Payment
**Type of Debt (P=Professional, TD=Trade, TX=Taxes)

7.    Treatment of Priority Non-Tax

PRIORITY NON-TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Date of Assessment | Summary of Proposed Treatment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

8.    Treatment of Priority Tax Claims[3]

PRIORITY TAX CLAIMS

| Name of Creditor | Class | Amount Owed | Date of Assessment | Summary of Proposed Treatment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

---

[3] Include dates when any §507(a)(7) taxes were assessed.

9.    Treatment of General Unsecured Non-Tax Claims

### GENERAL UNSECURED NON-TAX CLAIMS

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| BTA Heller, Inc. | 6 | 2,586.00 | Paid 503(b)(9) claim.  Balance to be paid in full (without interest) in three installment payments.  One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| Composite Forgings Ltd. | 6 | 0 | Paid in full as 503(b)(9). |
| Edge Deephole Drilling Tools | 6 | 3,682.86 | 503(b)(9) claim paid.  Balance to be paid in full (without interest) in three installment payments.  One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |

| | | | |
|---|---|---|---|
| Fay Industries, Inc. | 6 | 2,400.00 | Paid in full (without interest) in three installment payments.  One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| Hardinger Transfer Company | 6 | 3,500.00 | Paid in full (without interest) in three installment payments.  One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| Infinity Resources, Inc. | 6 | 3,129.42 | Paid in full (without interest) in three installment payments.  One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| Joseph T. Ryerson & Son, Inc. | 6 | 0 | Disputed $2,400 (affiliated with Fay Industries) |

| | | | |
|---|---|---|---|
| Konecranes, Inc. | 6 | 4,194.00 | Paid in full (without interest) in three installment payments. One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| Pension Benefit Guaranty Corporation | 6 | 0 | Claim moved to secured per settlement agreement with PBGC |
| NQA USA | 6 | 0 | Claim to be paid under contracts |
| Sunbelt Steel Texas, LLC | 6 | 0 | Critical Vendor claim paid in full |
| Sunbelt-Turret Steel, Inc. | 6 | 3,639.00 | Paid in full (without interest) in three installment payments. One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| UPMC Health Plan | 6 | 0 | Claim paid in full. |

| | | | |
|---|---|---|---|
| Yarde Metals, Inc. | 6 | 4,549.72 | Paid in full (without interest) in three installment payments. One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| First Energy/Penelec | 6 | 4,026.13 | Paid in full (without interest) in three installment payments. One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| United Steel Workers | 6 | $0 | Paid in full (without interest) in three installment payments. One-third six (6) months after the Effective Date; one-third eighteen (18) months after the Effective Date; one-third thirty (30) months after the Effective Date. |
| **TOTAL** | | $31,707.13 | |

10.    Treatment of General Unsecured Tax Claims

GENERAL UNSECURED TAX CLAIMS

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Internal Revenue Service | 6 | Disputed  455,852.00 | |
| | | | |
| **TOTAL** | | $ 455,852.00 | |

11. Will periodic payments be made to unsecured creditors?

Yes    X          No                    First payment to begin    Six (6) months
                                                                  after the
                                                                  Effective Date.

_____    _____                                    _____

If so:

Amount of each payment (aggregate to all unsecured claimants)
$10,569.05
Estimated date of first payment:    Six (6) months after the Effective
                                    Date.
Time period between payments:       12 months
Estimated date of last payment:     30 months after the Effective Date
Contingencies, if any:

State source of funds for planned payments, including funds necessary for capital
replacement, repairs, or improvements:

1. Cash on deposit.

2. Profit from business operations

Other significant features of the plan:

NQA Global Assurance
ISO 9001, certificate no. 14796/EAC Code 17, certified since May 3, 2013
Applicable to machine shop performing deep hole boring, trepanning, honing
manual machining and CNC machining to customer specifications.

Include any other information necessary to explain this plan:

V.    Comparison of Plan with Chapter 7 Liquidation

If debtor's proposed plan is not confirmed, the potential alternatives would include
proposal of a different plan, dismissal of the case or conversion of the case to Chapter 7.
If this case is converted to Chapter 7, a trustee will be appointed to liquidate the debtor's
non-exempt assets. In this event, all secured claims and priority claims, including all
expenses of administration, must be paid in full before any distribution is made to
unsecured claimants.

|  | Total value of Chapter 7 estate (See Section III) | $ 1,086,987.75 |
| 1. | Less secured claims (See Section IV-3) | $ 866,639.00 |
| 2. | Less administrative expenses (See Section IV-5) and include approximate Chapter 7 expenses) | $ 210,059.00 |

18

3.    Less other priority claims (See Section IV-6,7,8)          -0-

Total Amount Available for Distribution to Unsecured Creditors   $10,289.75

Divided by total allowable unsecured claims of (See Section II C)   $ 60,086.05

Percentage of Dividend to Unsecured Creditors:          17%

Will the creditors fare better under the plan than they would in a Chapter 7 liquidation?

Yes   X      No   _____

Explain:  Under the plan, general unsecured creditors will be paid back in full face amount over a period of 30 months.

VI.   Feasibility

A.    Historic Summary

B.    Projected Summary

C.    Plan Feasibility

Estimated amount to be paid on effective date of plan, including administrative expenses.

$   165,461.05

Show how this amount was calculated.

| $ | | |
|---|---|---|
| 75,000.00 | PBGC Initial Payment | |
| 28,169.19 | Administrative Class | |
| 4,987.32 | Amount to Cure Contracts and Leases | |
| 20,722.41 | Convenience Class | |
| 31,707.13 | Unsecured Creditors | |
| 4,875.00 | UST Fees | |

$   165,461.05   TOTAL

What assumptions are made to justify the increase in cash available for the funding of the plan? There is sufficient cash on hand to cover the amount to be paid on the effective date.

Will funds be available in the full amount for administrative expenses on the effective date of the plan? From what source?  If not available, why not and when will payments be made?

19

Yes, from

Cash on    $   543,558.09    (Current).  Attach current bank statement.
hand

     Cash on    $    449,000.00   (Estimated amount available on date of
     hand                              confirmation)

If this amount is less than the amount necessary at confirmation, how will debtor make up
the shortfall?

VII.    <u>Management Salaries</u>

MANAGEMENT SALARIES

| Position/Name of Person Holding Position | Salary at Time of Filing | Proposed Salary (Post-Confirmation) |
|---|---|---|
| Aimee L. Gevirtz | $80,132 | $80,132 |
| Geoffrey B. Ginader | $87,765 | $87,765 |
|  |  |  |

VIII.    <u>Identify the Effect on Plan Payments and Specify Each of the Following:</u>

1.      What, if any, litigation is pending?

     None.

2.      What, if any, litigation is proposed or contemplated?

     Objection to proof of claim filed by Harrington Industrial Laundry.

IX.    <u>Additional Information and Comments</u>

X.    <u>Certification</u>

The undersigned hereby certifies that the information herein is true and correct to the best of my knowledge and belief formed after reasonable inquiry.

If Debtor is a corporation, attach a copy of corporate resolution authorizing the filing of this Disclosure Statement and Plan.

If Debtor is a general partnership, attach a copy of the consent agreement of all general partners to the filing of the bankruptcy.

_/s/ Aimee L. Gevirtz_
Signature of Debtor                                    Date
or Authorized Representative


Signature of Debtor
or Authorized Representative                     Date


_/s/ Guy C. Fustine_
Debtor's Counsel                                       Date

**OPTIONAL TABLE**

6.   Treatment of Other Claims

N/A

OTHER CLASSES OF CREDITORS

ALLOWED CONVENIENCE CLASS CLAIMS

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| Ace Viking Electric Motor Co. | 5 | 1,640.00 | Paid in full (without interest) three (3) months after the Effective Date |
| American Stainless Corporation | 5 | 182.00 | Paid in full (without interest) three (3) months after the Effective Date |
| Ameripac Industries, Inc. | 5 | 48.00 | Paid in full (without interest) three (3) months after the Effective Date |
| Beacon Lubricants, Inc. | 5 | 0 | 503(b)(9) claim paid in full. |
| Beneflex-Erie | 5 | 200.00 | Paid in full (without interest) three (3) months after the Effective Date |

| | | | |
|---|---|---|---|
| Burke Forge & Heat Treating | 5 | 1,955.00 | Paid in full (without interest) three (3) months after the Effective Date |
| Capital One Bank | 5 | 1,943.88 | Paid in full (without interest) three (3) months after the Effective Date |
| Chuck Gresch Construction, Inc. | 5 | 1,698.00 | Paid in full (without interest) three (3) months after the Effective Date |
| DEL Delivery Service | 5 | 43.92 | Paid in full (without interest) three (3) months after the Effective Date |
| Earl M. Jorgensen Company | 5 | 620.00 | 503(b)(9) portion of claim previously paid. Balance to be paid in full (without interest) three (3) months after the Effective Date |
| Erie Water Works | 5 | 1,693.55 | Paid in full (without interest) three (3) months after the Effective Date |
| Erie Industrial Supply Co. | 5 | 1,995.76 | Paid in full (without interest) three (3) months after the Effective Date |
| Erie Regional Chamber & Growth Partnership | 5 | 0 | Paid in full. |

| | | | |
|---|---|---|---|
| ERIKS NA, Inc. | 5 | 506.93 | Paid in full (without interest) three (3) months after the Effective Date |
| Frontier Lumber | 5 | 735.70 | Paid in full (without interest) three (3) months after the Effective Date |
| Harrington Industrial Laundry | 5 | 599.69 | Disputed amount $5,050.25 |
| J & L Honing Company | 5 | 900.00 | Critical vendor paid. Balance to be paid in full (without interest) three (3) months after the Effective Date |
| James H. Cross Co. | 5 | 1,347.50 | Paid in full (without interest) three (3) months after the Effective Date |
| Janitors Supply, Inc. | 5 | 245.36 | Paid in full (without interest) three (3) months after the Effective Date |
| Lincoln National Life Insurance Co. | 5 | 0 | Paid in full |
| Logistics Plus | 5 | 124.39 | Paid in full (without interest) three (3) months after the Effective Date |

| | | | |
|---|---|---|---|
| MD Services | 5 | 543.00 | Paid in full (without interest) three (3) months after the Effective Date |
| National Fuel | 5 | 419.04 | Paid in full (without interest) three (3) months after the Effective Date |
| Perry Mill Supply Co. | 5 | 1,316.10 | 503(b)(9) claim paid. Balance to be paid in full (without interest) three (3) months after the Effective Date |
| Quality Cleaning Systems | 5 | 1,436.30 | Paid in full (without interest) three (3) months after the Effective Date |
| Shop Tech Industrial Software | 5 | 0 | Claim paid in full. |
| Tyco Integrated Security | 5 | 458.08 | Paid in full (without interest) three (3) months after the Effective Date |
| United Parcel Service | 5 | 70.21 | Paid in full (without interest) three (3) months after the Effective Date |
| United Way of Erie County | 5 | 0 | Claim paid in full |

| | | | |
|---|---|---|---|
| Welders Supply Co. | 5 | 0 | 503(b)(9) claim paid in full |
| | | $20,722.41 | |

A.    Will periodic payments be made?

Yes _____  No  X_____
If so:

Amount of each payment (aggregate to all claimants)    $ _____
Estimated date of first payment                                          _____
Time period between payments                                          _____
Estimated date of last payment                                          _____
Contingencies, if any:                                                       _____

**OPTIONAL TABLE**

7.    Treatment of Interest Holders (Other Than Equity Holders)

OTHER CLASSES OF INTEREST HOLDERS

| Creditor | Class | Total Amount Owed | Percent of Dividend |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

8.    Treatment of Equity Holders (Specify how the market test of *Bank of America National Trust and Savings Association v. 203 North LaSalle Street Partnership*, 526 U.S. 434, 110 S.Ct. 1411 (1999), is met)

### OTHER CLASSES OF INTEREST HOLDERS

| Creditor | Class | # of Pre-petition shares | Amount of New Value Contribution (at $0.50/share) | Equity Percentage |
|---|---|---|---|---|
| Aimee L. Gevirtz* | 7 | 5,991 | $2995.50 | 20.66 |
| Donna Struble | 7 | 2,401 | $1,200.50 | 8.28 |
| Eleanor G. Berry | 7 | 5,374 | $2,687.00 | 18.53 |
| Geoffrey B. Ginader* | 7 | 8,236 | $4,118.00 | 28.40 |
| James G. Barstad | 7 | 490 | $245.00 | 1.72 |
| Joseph H. Armour | 7 | 1001 | $500.50 | 3.45 |
| Judith L. Scott | 7 | 1650 | $825.00 | 5.69 |
| Karen Brandel | 7 | 2,050 | $1,025.00 | 7.07 |
| Marion A. Sipple | 7 | 250 | $125.00 | 0.86 |
| Michael D. Granahan | 7 | 1001 | $500.50 | 3.45 |
| Stanley & Joan Butler | 7 | 200 | $100.00 | .69 |
| Timothy A. Kaercher | 7 | 351 | $175.50 | 1.21 |

**Total New Value Contribution:**    **$14,497.00**

*Gevirtz and Ginader guarantee a New Value Contribution of at least $10,000.

A.    Will periodic payments be made?

Yes _____   No   XX_____
If so:

Amount of each payment (aggregate to all claimants)        $ _____
Estimated date of first payment                                            _____
Time period between payments                                            _____

Estimated date of last payment                                              _____
Contingencies, if any:                                                      _____
                                                                            _____

## HISTORIC SUMMARY

| POST PETITION PERIODS | | JUN 2018 | JUL 2018 | AUG 2018 | SEPT 2018 | OCT 2018 | NOV 2018 | DEC 2018 | JAN 2019 | FEB 2019 | MAR 2019 | APR 2019 | MAY 2019 | Totals: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | TOTAL CASH FLOW FROM OPERATIONS: | 116,396.58 | 107,396.22 | 195,202.56 | 80,608.21 | 203,810.31 | 231,627.69 | 181,998.16 | 184,540.12 | 80,920.15 | 172,897.61 | 183,284.48 | 125,859.14 | 1,864,541.23 |
| 2. | LESS TOTAL DISBURSEMENTS EXCLUDING PAYMENTS TO CREDITORS IN A PLAN: | 40,362.55 | 144,781.21 | 119,603.74 | 161,838.23 | 123,505.35 | 179,280.45 | 260,717.49 | 127,466.24 | 231,678.04 | 164,423.45 | 134,162.97 | 141,100.00 | 1,828,919.72 |
| 3. | TOTAL NET CASH FLOW: | 76,034.03 | -37,384.99 | 75,598.82 | -81,230.02 | 80,304.96 | 52,347.24 | -78,719.33 | 57,073.88 | -150,757.89 | 8,474.16 | 49,121.51 | -15,240.86 | 35,621.51 |
| **DEFINITIONS** | | | | | | | | | | | | | | |
| TOTAL CASH FLOW FROM OPERATIONS: | THE TOTAL AMOUNT OF FUNDS COLLECTED IN A SPECIFIC PERIOD FROM CASH SALES, COLLECTION OF ACCOUNTS RECEIVABLE, AND OTHER INCOME, EXCLUDING LOANS PROCEEDS, CASH CONTRIBUTIONS FROM INSIDERS, AND SALES TAXES COLLECTED. | | | | | | | | | | | | | |
| TOTAL DISBURSEMENTS EXCLUDING PAYMENTS TO CREDITORS IN A PLAN: | THE TOTAL DISBURSEMENTS IN A SPECIFIC PERIOD FOR PRODUCTION COSTS, GENERAL AND ADMINISTRATIVE COSTS, EXCLUDING PAYMENTS TO CREDITORS TO BE PAID UNDER THE TERMS OF | | | | | | | | | | | | | |

## PROJECTED SUMMARY

| POST PETITION PERIODS | JUN 2019 | JUL 2019 | AUG 2019 | SEPT 2019 | OCT 2019 | NOV 2019 | DEC 2019 | JAN 2020 | FEB 2020 | MAR 2020 | APR 2020 | MAY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. TOTAL PROJECTED CASH FLOW FROM OPERATIONS: | 147,816.68 | 162,500.00 | 137,500.00 | 187,500.00* | 115,000.00 | 135,000.00 | 145,000.00 | 125,000.00 | 130,000.00 | 160,000.00 | 185,000.00 | 175,000.00 |
| 5. LESS TOTAL PROJECTED DISBURSEMENTS EXCLUDING PAYMENTS TO CREDITORS IN A PLAN: | 111,500.00 | 111,500.00 | 109,500.00 | 109,500.00 | 202,103.00 | 183,104.00 | 113,100.00 | 113,100.00 | 113,100.00 | 113,100.00 | 148,100.00 | 183,110.00 |
| 6. ANTICIPATED CASH FLOW AVAILABLE FOR PLAN: | 36,316.68 | 51,000.00 | 28,000.00 | 78,000.00 | -87,103.00 | -48,104.00 | 31,900.00 | 11,900.00 | 16,900.00 | 46,900.00 | 36,900.00 | -8,110.00 |

\* Transfer of $100,000 from marketable securities

| DEFINITIONS | |
|---|---|
| TOTAL PROJECTED CASH FLOW FROM OPERATIONS: | TOTAL AMOUNT OF PROJECTED FUNDS COLLECTED IN A SPECIFIC PERIOD FROM CASH SALES, COLLECTION OF ACCOUNTS RECEIVABLE, AND OTHER INCOME, EXCLUDING LOANS PROCEEDS, CASH CONTRIBUTIONS FROM INSIDERS, AND SALES TAXES COLLECTED. |
| TOTAL DISBURSEMENTS EXCLUDING PAYMENTS TO CREDITORS IN A PLAN: | TOTAL PROJECTED DISBURSEMENTS IN A SPECIFIC PERIOD FOR PRODUCTION COSTS, GENERAL AND ADMINISTRATIVE COSTS, EXCLUDING PAYMENTS TO CREDITORS TO BE PAID UNDER THE TERMS OF THE PROPOSED PLAN. |

## PLAN FEASIBILITY

| POST PETITION PERIODS | JUN 2019 | JUL 2019 | AUG 2019 | SEPT 2019 | OCT 2019 | NOV 2019 | DEC 2019 | JAN 2020 | FEB 2020 | MAR 2020 | APR 2020 | MAY 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTICIPATED RECEIPTS AVAILABLE FOR PLAN (SEE LINE 6, ABOVE): | 36,316.68 | 51,000.00 | 28,000.00 | 78,000.00 | -87,103.00 | -48,104.00 | 31,900.00 | 11,900.00 | 16,900.00 | 46,900.00 | 36,900.00 | -8,110.00 |
| LESS PROPOSED PLAN PAYMENTS (SEE SECTION IV): | 33,142.50 | 4,875.00 | 0 | 106,156.51 | 4,875.00 | 0 | 20,690.73 | 4875.00 | 0 | 15,569.04 | 4,875.00 | 0 |
| OVERAGE/(SHORTAGE) OF CASH FLOW AVAILABLE TO FUND PLAN: | 3,174.18 | 46,125.00 | 28,000.00 | -28,156.51 | -91,978.00 | -48,104.00 | 11,209.27 | 7,025.00 | 16,900.00 | 31,330.96 | 32,025.00 | -8,110.00 |

6/5/2019                                Online Banking - Northwest Savings Bank



| | |
|---|---|
| **Beneflex FSA *9009** | **$1,343.11** |
| Last Updated: 6/5/2019 3:55 PM | Available Balance |

| | | | |
|---|---|---|---|
| Available Balance | $1,343.11 | Interest Rate | 0.000 % |
| Current Balance | $1,343.11 | This Year's Interest | $0.00 |
| Overdraft Protection Limit | $32,841.57 | Last Year's Interest | $0.00 |

| Date ▾ | Description ▾ | Amount ▾ |
|---|---|---|
| MAY 23 2019 | 🖿 Check - 2429 | ($312.12) $1,343.11 |
| MAY 23 2019 | 🖿 Check - 2428 | ($59.26) $1,655.23 |
| MAY 23 2019 | 🖿 Check - 1189 | ($135.41) $1,714.49 |
| MAY 17 2019 | 🖿 Check - 2427 | ($115.73) $1,849.90 |
| MAY 17 2019 | 🖿 Check - 1188 | ($84.06) $1,965.63 |
| APR 4 2019 | 🖿 Check - 2426 | ($552.68) $2,049.69 |
| APR 4 2019 | 🖿 Check - 1187 | ($509.52) $2,602.37 |

6/5/2019                                    Online Banking - Northwest Savings Bank

 **Northwest**

## AHB Dental Fund *8951

Last Updated: 6/5/2019 3:55 PM

$1,667.95
Available Balance

| | | | |
|---|---|---|---|
| Available Balance | $1,667.95 | Interest Rate | 0.000 % |
| Current Balance | $1,667.95 | This Year's Interest | $0.00 |
| Overdraft Protection Limit | $0.00 | Last Year's Interest | $0.00 |

| Date ▾ | Description ▾ | Amount ▾ |
|---|---|---|
| MAY 31 2019 | Check - 801 | ($103.00) $1,667.95 |
| MAY 29 2019 | Check - 545 | ($275.00) $1,770.95 |
| MAY 24 2019 | Check - 800 | ($70.00) $2,045.95 |
| MAY 17 2019 | Check - 799 | ($87.00) $2,115.95 |
| MAY 15 2019 | Check - 798 | ($161.00) $2,202.95 |
| MAY 15 2019 | Check - 797 | ($128.00) $2,363.95 |
| MAY 13 2019 | Check - 543 | ($237.75) $2,491.95 |

6/5/2019                                    Online Banking - Northwest Savings Bank

| Date | Description | Amount | Balance |
|---|---|---|---|
| **MAY 10** 2019 | 📧 Check - 544 | ($1,483.83) | $2,729.70 |
| **MAY 8** 2019 | 📧 Check - 796 | ($430.00) | $4,213.53 |
| **MAY 6** 2019 | INTERNET ********7490 120222005140 | $3,000.00 | $4,643.53 |
| **MAY 3** 2019 | 📧 Check - 794 | ($129.00) | $1,643.53 |
| **APR 30** 2019 | 📧 Check - 795 | ($103.00) | $1,772.53 |
| **APR 23** 2019 | 📧 Check - 793 | ($103.00) | $1,875.53 |
| **APR 17** 2019 | 📧 Check - 792 | ($88.41) | $1,978.53 |
| **APR 1** 2019 | 📧 Check - 542 | ($1,187.89) | $2,066.94 |
| **MAR 26** 2019 | INTERNET ********7490 091335000728 | $3,000.00 | $3,254.83 |
| **MAR 20** 2019 | 📧 Check - 791 | ($87.00) | $254.83 |
| **MAR 4** 2019 | 📧 Check - 541 | ($237.76) | $341.83 |
| **FEB 22** 2019 | 📧 Check - 790 | ($87.00) | $579.59 |
| **FEB 13** 2019 | 📧 Check - 788 | ($78.00) | $666.59 |

6/5/2019                              Online Banking - Northwest Savings Bank

 **Northwest**

## Business Money Market Deposit Account *7834
Last Updated: 6/5/2019 3:55 PM

**$205,111.28**
Available Balance

| | | | |
|---|---|---|---|
| Available Balance | $205,111.28 | Interest Rate | 1.240 % |
| Current Balance | $205,111.28 | This Year's Interest | $111.28 |
| Overdraft Protection Limit | $0.00 | Last Year's Interest | $0.00 |

| Date ▾ | Description ▾ | Amount ▾ |
|---|---|---|
| JUN 4 2019 | INTERNET ********7490 | ($15,000.00) $205,111.28 |
| MAY 31 2019 | Interest Payment | $111.28 $220,111.28 |
| MAY 22 2019 | INTERNET ********7490 060543000128 | $130,000.00 $220,000.00 |
| MAY 9 2019 | INTERNET ********7490 102426001281 | $90,000.00 $90,000.00 |

**Page totals:** Credits: [3] **$220,111.28** | Debits: [1] **($15,000.00)**

6/5/2019                                Online Banking - Northwest Savings Bank

 **Northwest**

## Business Money Market Deposit Account *7834                    $205,111.28
Last Updated: 6/5/2019 3:55 PM                                          Available Balance

| | | | |
|---|---|---|---|
| **Available Balance** | $205,111.28 | **Interest Rate** | 1.240 % |
| **Current Balance** | $205,111.28 | **This Year's Interest** | $111.28 |
| **Overdraft Protection Limit** | $0.00 | **Last Year's Interest** | $0.00 |

| Date ▾ | Description ▾ | Amount ▾ |
|---|---|---|
| **JUN 4** 2019 | INTERNET ********7490 | ($15,000.00) $205,111.28 |
| **MAY 31** 2019 | Interest Payment | $111.28 $220,111.28 |
| **MAY 22** 2019 | INTERNET ********7490 060543000128 | $130,000.00 $220,000.00 |
| **MAY 9** 2019 | INTERNET ********7490 102426001281 | $90,000.00 $90,000.00 |

**Page totals: Credits: [3] $220,111.28 | Debits: [1] ($15,000.00)**



**CHECKING ACCOUNT STATEMENT**



AMERICAN HOLLOW BORING CO
1901 RASPBERRY ST
ERIE PA 16502-2414

0007549

40

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 7490 | 5/1/2019 Through 5/31/2019 |

| PREVIOUS BALANCE | TOTAL CHECKS AND OTHER DEBITS | TOTAL DEPOSITS AND OTHER CREDITS | SERVICE CHARGE | INTEREST EARNED | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 79,462.10 | 454,638.29 | 422,824.35 | 0.00 | 0.00 | 47,648.16 |

04010500

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE | | CHECK NO | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order   A - Converted to ACH | |
| 05/01/19 | ERIE CUSTOM TRUS NET PAY | 71.13 | | 79,390.97 | | 31233 | 3,656.00 |
| 05/01/19 | ERIE CUSTOM TRUS NET PAY | 10,340.13 | | 69,050.84 | * | 31236 | 104.17 |
| 05/01/19 | ERIE CUSTOM TRUS NET PAY | 1,744.21 | | 67,306.63 | | 31237 | 166.50 |
| 05/01/19 | ERIE CUSTOM TAX TAX | 4,654.92 | | 62,651.71 | * | 31245 | 2,655.44 |
| 05/01/19 | ERIE CUSTOM BLNG BILLING | 43.49 | | 62,608.22 | | 31246 | 510.72 |
| 05/01/19 | NIGHT DEPOSIT | | 29,336.51 | 91,944.73 | | 31247 | 1,050.73 |
| 05/01/19 | INTL CHECK DEPOSIT - CL#317727 | | 2,292.00 | 94,236.73 | | 31248 | 918.04 |
| 05/01/19 | REPURCHASE AGREEMENT CREDIT | | 67,256.03 | 161,492.76 | | 31249 | 1,289.87 |
| 05/01/19 | CHECK 31233 | 3,656.00 | | 157,836.76 | | 31250 | 6,913.00 |
| 05/01/19 | CHECK 31237 | 166.50 | | 157,670.26 | | 31251 | 625.48 |
| 05/01/19 | CHECK 31252 | 1,297.89 | | 156,372.37 | | 31252 | 1,297.89 |
| 05/01/19 | SWEEP TO DDA 001256018183 | 45,336.86 | | 111,035.51 | | 31253 | 73.58 |
| 05/02/19 | REPURCHASE AGREEMENT CREDIT | | 45,336.92 | 156,372.43 | | 31254 | 3,661.66 |
| 05/02/19 | CHECK 31250 | 6,913.00 | | 149,459.43 | * | 31256 | 959.30 |
| 05/02/19 | SWEEP TO DDA 001256018183 | 72,167.43 | | 77,292.00 | | 31257 | 350.00 |
| 05/03/19 | REFUND SERVICE CHARGE | | 71.00 | 77,363.00 | | 31258 | 41.29 |
| 05/03/19 | OVERDRAFT PROTECTION 8951 | 12.00 | | 77,351.00 | | 31259 | 7,735.54 |
| 05/03/19 | OVERDRAFT PROTECTION 9009 | 12.00 | | 77,339.00 | | 31260 | 110.00 |
| 05/03/19 | REPURCHASE AGREEMENT CREDIT | | 72,167.53 | 149,506.53 | * | 31262 | 1,794.65 |
| 05/03/19 | CHECK 31236 | 104.17 | | 149,402.36 | | 31263 | 416.01 |
| 05/03/19 | CHECK 31247 | 1,050.73 | | 148,351.63 | | 31264 | 575.00 |
| 05/03/19 | CHECK 31248 | 918.04 | | 147,433.59 | | 31265 | 554.51 |
| 05/03/19 | CHECK 31251 | 625.48 | | 146,808.11 | | 31266 | 99.88 |
| 05/03/19 | CHECK 31256 | 959.30 | | 145,848.81 | | 31267 | 345.00 |
| 05/03/19 | CHECK 31257 | 350.00 | | 145,498.81 | | 31268 | 243.00 |
| 05/03/19 | CHECK 31260 | 110.00 | | 145,388.81 | | 31269 | 2,199.26 |
| 05/06/19 | INTERNET 001256018951 | 3,000.00 | | 142,388.81 | | 31270 | 110.00 |
| 05/06/19 | CHECK 31249 | 1,289.87 | | 141,098.94 | | 31271 | 357.00 |
| 05/06/19 | CHECK 31254 | 3,661.66 | | 137,437.28 | | 31272 | 388.90 |
| 05/07/19 | Vova Nat Trst182 SPNSR P/R PH9643 0001 | 1,124.09 | | 136,313.19 | | 31273 | 41.29 |
| 05/07/19 | Vova Nat Trst182 SPNSR P/R PH9644 0001 | 109.28 | | 136,203.91 | | 31274 | 9.65 |
| 05/07/19 | CANCELLED OD PROTECTION FOR AC | | 12.00 | 136,215.91 | | 31275 | 161.45 |
| 05/07/19 | CHECK 31258 | 41.29 | | 136,174.62 | | 31276 | 625.00 |

1611910007549



**CHECKING ACCOUNT STATEMENT**


AMERICAN HOLLOW BORING CO
1901 RASPBERRY ST
ERIE PA 16502-2414

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 17490 | 5/1/2019 Through 5/31/2019 |

PAGE 2

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 05/07/19 | CHECK 31259 | 7,735.54 | | 128,439.08 |
| 05/08/19 | USNR LLC PAYABLES | | 10,560.00 | 138,999.08 |
| 05/08/19 | ERIE CUSTOM TRUS NET PAY | 1,308.05 | | 137,691.03 |
| 05/08/19 | ERIE CUSTOM TRUS NET PAY | 67.46 | | 137,623.57 |
| 05/08/19 | ERIE CUSTOM TRUS NET PAY | 3,974.57 | | 133,649.00 |
| 05/08/19 | ERIE CUSTOM TAX TAX | 1,869.64 | | 131,779.36 |
| 05/08/19 | ERIE CUSTOM BLNG BILLING | 38.24 | | 131,741.12 |
| 05/09/19 | INTERNET 001256067834 | 90,000.00 | | 41,741.12 |
| 05/09/19 | DEPOSIT | | 13,415.53 | 55,156.65 |
| 05/09/19 | CHECK 31253 | 73.58 | | 55,083.07 |
| 05/10/19 | CHECK 31262 | 1,794.65 | | 53,288.42 |
| 05/13/19 | CHECK 31265 | 554.51 | | 52,733.91 |
| 05/13/19 | CHECK 31268 | 243.00 | | 52,490.91 |
| 05/13/19 | CHECK 31269 | 2,199.26 | | 50,291.65 |
| 05/13/19 | CHECK 31270 | 110.00 | | 50,181.65 |
| 05/14/19 | Vova Nat Trst182 SPNSR P/R PH9644 0001 | 111.97 | | 50,069.68 |
| 05/14/19 | CHECK 31246 | 510.72 | | 49,558.96 |
| 05/14/19 | CHECK 31267 | 345.00 | | 49,213.96 |
| 05/14/19 | CHECK 31272 | 388.90 | | 48,825.06 |
| 05/14/19 | CHECK 31273 | 41.29 | | 48,783.77 |
| 05/14/19 | CHECK 31274 | 9.65 | | 48,774.12 |
| 05/14/19 | CHECK 31275 | 161.45 | | 48,612.67 |
| 05/15/19 | ERIE CUSTOM TRUS NET PAY | 63.77 | | 48,548.90 |
| 05/15/19 | ERIE CUSTOM TRUS NET PAY | 10,241.88 | | 38,307.02 |
| 05/15/19 | ERIE CUSTOM TRUS NET PAY | 1,751.71 | | 36,555.31 |
| 05/15/19 | ERIE CUSTOM TAX TAX | 4,568.14 | | 31,987.17 |
| 05/15/19 | ERIE CUSTOM BLNG BILLING | 43.49 | | 31,943.68 |
| 05/15/19 | CHECK 31263 | 416.01 | | 31,527.67 |
| 05/15/19 | CHECK 31266 | 99.88 | | 31,427.79 |
| 05/15/19 | CHECK 31271 | 357.00 | | 31,070.79 |
| 05/16/19 | CHECK 31264 | 575.00 | | 30,495.79 |
| 05/17/19 | NIGHT DEPOSIT | | 90,033.49 | 120,529.28 |
| 05/20/19 | DEPOSIT | | 58,121.42 | 178,650.70 |
| 05/20/19 | CHECK 31282 | 718.59 | | 177,932.11 |
| 05/20/19 | CHECK 31284 | 463.88 | | 177,468.23 |
| 05/21/19 | Vova Nat Trst182 SPNSR P/R PH9643 0001 | 1,121.85 | | 176,346.38 |
| 05/21/19 | Vova Nat Trst182 SPNSR P/R PH9644 0001 | 111.97 | | 176,234.41 |
| 05/21/19 | CHECK 31278 | 1,775.25 | | 174,459.16 |
| 05/21/19 | CHECK 31280 | 632.59 | | 173,826.57 |
| 05/21/19 | CHECK 31281 | 3,571.70 | | 170,254.87 |

**CHECKS THIS PERIOD**
IN CHECK NUMBER SEQUENCE
* - Out of Order   A - Converted to ACH

| CHECK NO | AMOUNT |
|---|---|
| 31278 | 1,775.25 |
| 31279 | 380.13 |
| 31280 | 632.59 |
| 31281 | 3,571.70 |
| 31282 | 718.59 |
| 31283 | 41.29 |
| 31284 | 463.88 |

00020600

 **Northwest**

**CHECKING ACCOUNT STATEMENT**

AMERICAN HOLLOW BORING CO
1901 RASPBERRY ST
ERIE PA 16502-2414

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 7490 | 5/1/2019 Through 5/31/2019 |

PAGE 3

| DATE | DESCRIPTION | CHECKS AND OTHER DEBITS | DEPOSITS AND OTHER CREDITS | BALANCE |
|---|---|---|---|---|
| 05/22/19 | ERIE CUSTOM TRUS NET PAY | 71.13 | | 170,183.74 |
| 05/22/19 | ERIE CUSTOM TRUS NET PAY | 3,740.68 | | 166,443.06 |
| 05/22/19 | ERIE CUSTOM TRUS NET PAY | 1,321.90 | | 165,121.16 |
| 05/22/19 | ERIE CUSTOM TAX TAX | 1,779.15 | | 163,342.01 |
| 05/22/19 | ERIE CUSTOM BLNG BILLING | 37.19 | | 163,304.82 |
| 05/22/19 | INTERNET 001256067834 | 130,000.00 | | 33,304.82 |
| 05/23/19 | CHECK 31283 | 41.29 | | 33,263.53 |
| 05/28/19 | CHECK 31245 | 2,655.44 | | 30,608.09 |
| 05/28/19 | CHECK 31276 | 625.00 | | 29,983.09 |
| 05/28/19 | CHECK 31279 | 380.13 | | 29,602.96 |
| 05/29/19 | ERIE CUSTOM TRUS NET PAY | 60.09 | | 29,542.87 |
| 05/29/19 | ERIE CUSTOM TRUS NET PAY | 10,290.27 | | 19,252.60 |
| 05/29/19 | ERIE CUSTOM TRUS NET PAY | 1,267.32 | | 17,985.28 |
| 05/29/19 | ERIE CUSTOM TAX TAX | 4,399.25 | | 13,586.03 |
| 05/29/19 | ERIE CUSTOM BLNG BILLING | 42.51 | | 13,543.52 |
| 05/29/19 | Voya Nat Trst182 SPNSR P/R PH9644 0001 | 117.28 | | 13,426.24 |
| 05/29/19 | DEPOSIT | | 34,221.92 | 47,648.16 |

| CHECKS THIS PERIOD IN CHECK NUMBER SEQUENCE * - Out of Order   A - Converted to ACH | |
|---|---|
| CHECK NO | AMOUNT |
| | |

GET CONNECTED WITH ONLINE AND MOBILE BANKING,
FEATURING ACCOUNT ALERTS, BILL PAY AND E-STATEMENTS.
VISIT WWW.NORTHWEST.COM OR CALL 1-877-672-5678,
WEEKDAYS FROM 8AM - 8PM AND SATURDAYS FROM 9AM - 1PM.

# Northwest

Account No          7490
PAGE 4



| | | |
|---|---|---|
| 5/1/2019 | 31233 | $3,656.00 |
| 5/3/2019 | 31236 | $104.17 |
| 5/1/2019 | 31237 | $166.50 |
| 5/28/2019 | 31245 | $2,655.44 |
| 5/14/2019 | 31246 | $510.72 |
| 5/3/2019 | 31247 | $1,050.73 |
| 5/3/2019 | 31248 | $918.04 |
| 5/6/2019 | 31249 | $1,289.87 |
| 5/2/2019 | 31250 | $6,913.00 |
| 5/3/2019 | 31251 | $625.48 |

6/6/2019                                                    Your Portfolio | American Funds


**CAPITAL GROUP** | **AMERICAN FUNDS**

# Your Portfolio

# $287,787.59
Total Portfolio Value as of 06/05/2019

**66161464**                                                Account Value
**AMERICAN HOLLOW BORING CO**                            **$287,787.59**
as of 06/05/2019

| Class A Shares | NAV | Shares | Current Value |
|---|---|---|---|
| The Income Fund of America (AMECX) | $22.12 | 13,010.289 | $287,787.59 |

Total Account Value
**$287,787.59**